The People of the State of New York ex rel. William Simon and Others, as and Constituting the Terminal Station Commission of the City of Buffalo, Respondents, v. John H. Bradley and Others, as Aldermen and as Constituting the Board of Aldermen of the City of Buffalo and Others, Appellants.— Order affirmed, with costs, on the authority of *Hanrahan* v. *Terminal Station Commission* (152 App. Div. 349). All concurred.

Robert M. Hancock, Respondent, v. Charles E. Clark, Appellant.— Judgment and order affirmed, with costs. All concurred.

William E. Graham, as Administrator, etc., of Andrew Watt, Deceased, Appellant, v. John Gammack, Respondent.— Judgment affirmed, with costs. All concurred.

George R. Teller, Appellant, v. William Kunz and Others, Respondents. — Judgment affirmed, with costs. All concurred.

Gustave Benjamin, Respondent, v. Erie Iron and Steel Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the admission of evidence of the characterization of the quality of the pig iron to and by the secretary of the defendant corporation prior to the purchase, was error, and that the verdict of the jury is contrary to and against the weight of the evidence. All concurred.

Emma F. Drahms, Appellant, v. Anna Goetz, Respondent.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Transfer Tax upon the Estate of William Pryor Letchworth, Deceased. William Sohmer, Comptroller of the State of New York, Appellant; Henry R. Howland, Administrator, etc., and Others, Respondents.— Order affirmed, without costs of this appeal to either party. All concurred.

Cortland Crosman, Respondent, v. Forbush Shoe Manufacturing Company and Others, Appellants.— Judgment reversed and complaint dismissed, without costs, in accordance with stipulation filed.

William J. Hayes, Appellant, v. Rochester, Syracuse and Eastern Railroad Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Thomas Arrigo, Respondent, v. The Erie Railroad Company, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion denied, without costs. Held, that no merits are shown in the motion papers, and that plaintiff's laches is not excused; with leave to renew at Special Term if so advised. All concurred, except Robson and Lambert, JJ., who dissented and voted for reversal unconditionally.

Sarah Schmieg, Appellant, v. Magnus Beck Brewing Company, Respondent.— Judgment affirmed, with costs. All concurred.

Angelo Mazzei, Respondent, v. The Battle Island Paper Company, Appellant.— *Judgment and order affirmed, with costs. All concurred.*

Harriette E. Covey, Respondent, v. John A. Markett, Appellant.— Judgment and order affirmed, with costs. All concurred.